**Opinion issued July 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00044-CV

———————————

## IN RE COLONIAL LOGISTICS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Colonial Logistics, LLC filed a Petition for Writ of Mandamus challenging the trial court's order compelling production of certain net worth discovery.[1] The challenged order was signed by the Honorable Mike Engelhart, then the presiding judge of the 151st District Court of Harris County, Texas. On February

---

[1] The underlying case is *Mary J. Duke and Sarah Duke v. Colonial Logistics, LLC and Wilbert R. Edwards*, cause number 2021-40863, pending in the 151st District Court of Harris County, Texas, the Honorable Erica Hughes presiding.

11, 2025, this Court abated the original proceeding to allow the Honorable Erica Hughes, the successor trial judge to reconsider the order challenged in Relator's Petition for Writ of Mandamus. *See* Tex. R. App. P. 7.2(b).

Relator has now filed a Motion to Reinstate and Motion to Dismiss Petition for Writ of Mandamus for Mootness, stating that "the Petition is now moot based upon the parties' now-finalized settlement and the [Real Parties' in Interest] subsequent nonsuit[,]" and asking us to reinstate and dismiss this original proceeding. *See* TEX. R. APP. P. 52.8(a); s*ee also In re State Farm Mut. Auto. Ins. Co.*, No. 01-22-00619-CV, 2023 WL 4239850, at \*1 (Tex. App.—Houston [1st Dist.] June 29, 2023, orig. proceeding) (mem. op.) (granting relator's request to dismiss after parties settled their dispute).

We grant Relator's motion. We reinstate this original proceeding and dismiss the Petition for Writ of Mandamus. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.